# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-7038M |
| ETTA NIEVES | MARK HANCHEY |

**THE DEFENDANT:**

Pleaded guilty to No Operator's License. Count One of the Information filed on June 21, 2006, reflecting the charge of Driving Under Restraint is amended to No Operator's License.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| FedRCrimP 11(e)(1)(B) | No Operator's License | 4/8/2006 | 1 as amended in open Court |

    The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 16, 2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanbe
U.S. Magistrate Judge
Name & Title of Judicial Officer

September 25, 2006
Date

06-mj-07038
Etta Nieves
August 16, 2006
Sentence
Page 2

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| **Count** | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| 1 | $10.00 | $35.00 | |
| **TOTALS** | $10.00 | $35.00 | $0.00 |

Fines and costs shall be paid by September 15, 2006.

Interests on the fine will be waived upon the court's finding that the defendant does not have the ability to pay interest.

Defendant shall perform 24 hours of useful public service.